IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS A. L. VAUGHN,<br>    PETITIONER, | § § § | |
| V. | § § | No. 3:03-CV-906-K |
| DOUGLAS DRETKE, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>    RESPONDENT. | § § § § § § | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _23rd_____ day of _September___, 2005.


_/s/_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE